■ James E. Kelley et al., Respondents, v Margaret Zavalidroga, Appellant. (Appeal No. 2.) [864 NYS2d 374]—Appeal from an order of the Supreme Court, Oneida County (John W. Grow, J.), entered September 14, 2007 in a declaratory judgment action. The order denied the motion of defendant to vacate the note of issue and certificate of readiness.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Kelley v Zavalidroga* (55 AD3d 1391 [2008]). Present—Martoche, J.P., Lunn, Fahey and Pine, JJ.

■ James E. Kelley et al., Respondents, v Margaret Zavalidroga, Appellant. (Appeal No. 3.) [864 NYS2d 374]—Appeal from an order of the Supreme Court, Oneida County (John W. Grow, J.), dated June 5, 2007 in a declaratory judgment action. The order denied the motion of defendant to dismiss the amended complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Kelley v Zavalidroga* (55 AD3d 1391 [2008]). Present—Martoche, J.P., Lunn, Fahey and Pine, JJ.